**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MSN LABORATORIES PRIVATE LIMITED, MSN LIFE SCIENCES PRIVATE LIMITED, MSN PHARMACEUTICALS INC., NOVADOZ PHARMACEUTICALS, LLC, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

DEMAND FOR JURY TRIAL

C.A. No. _____

## COMPLAINT

Novartis Pharmaceuticals Corporation ("Novartis"), by its attorneys, hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is a patent infringement action arising under Title 35 of the United States Code and concerning infringement by MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and Novadoz Pharmaceuticals, LLC (collectively, "Defendants" or "MSN") under 35 U.S.C. §§ 271(a), 271(b), and 271(c) of Novartis's patents by engaging in the commercial manufacture, use, sale, offer for sale, and/or importation of  MSN's generic versions of Novartis's ENTRESTO® tablets, 24 mg/26 mg, 49 mg/51 mg, and 97 mg/103 mg, prior to the expiration of Novartis's U.S. Patent No. 8,101,659 ("the '659 patent").

## PARTIES

**A.      Novartis**

2.      Novartis Pharmaceuticals Corporation is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business in East Hanover, New Jersey.

**B.      Defendants**

3.      On information and belief, MSN Laboratories Private Limited is a corporation organized and existing under the laws of India, having a principal place of business at MSN House, C-24, Sanathnagar Industrial Estate, Hyderabad, 500018, Telangana, India.

4.      On information and belief, MSN Life Sciences Private Limited is a corporation organized and existing under the laws of India, having a principal place of business at Sy No - 21/A & 21AA, Mambapur (Village), Gummadidala (Mandal), Sangareddy (District) - 502313, Telangana, India.  On information and belief, MSN Life Sciences Private Limited is a wholly owned subsidiary of MSN Laboratories Private Limited.

5.      On information and belief, MSN Pharmaceuticals Inc. is a corporation organized and existing under the laws of the State of Delaware, having a registered agent for the service of process at United States Corporation Agents, Inc., 131 Continental Drive, Suite 305, Newark, Delaware 19713, and having a principal place of business at 20 Duke Road, Piscataway, New Jersey 08854.  On information and belief, MSN Pharmaceuticals Inc. is a wholly owned subsidiary of and U.S. agent for MSN Laboratories Private Limited.

6.      On information and belief, Novadoz Pharmaceuticals, LLC ("Novadoz") is a corporation organized and existing under the laws of New Jersey, having a principal place of

business at 20 Duke Road, Piscataway, New Jersey 08854. On information and belief, Novadoz is a wholly owned subsidiary of and marketing partner for MSN Laboratories Private Limited.

7.      On information and belief, MSN Laboratories Private Limited develops, manufactures, distributes, sells, and/or imports drug products for the entire United States market and does business in every state including Delaware, either directly or indirectly.

8.      On information and belief, MSN Life Sciences Private Limited develops, manufactures, distributes, sells, and/or imports drug products for the entire United States market and does business in every state including Delaware, either directly or indirectly.

9.      On information and belief, MSN Pharmaceuticals Inc. develops, manufactures, distributes, sells, and/or imports drug products for the entire United States market and does business in every state including Delaware, either directly or indirectly.

10.     On information and belief, Novadoz develops, manufactures, distributes, sells, and/or imports drug products for the entire United States market and does business in every state including Delaware, either directly or indirectly.

11.     MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited submitted to the FDA ANDA No. 213748 for sacubitril/valsartan tablets, 24 mg/26 mg, 49 mg/51 mg, and 97 mg/103 mg ("MSN ANDA Products"), seeking FDA approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of the MSN ANDA Products in or into the United States, including Delaware, prior to the expiration of the '659 patent.

12.     ANDA No. 213748 was approved by FDA on July 24, 2024.

13.     On information and belief, MSN Laboratories Private Limited has systematic and continuous contacts with Delaware; has established distribution channels for drug products in Delaware; regularly and continuously conducts business in Delaware, including by selling drug

products in Delaware, either directly or indirectly through its subsidiaries, agents, or affiliates, including MSN Pharmaceuticals Inc. and Novadoz; has purposefully availed itself of the privilege of doing business in Delaware; and derives substantial revenue from the sale of drug products in Delaware.

14.     On information and belief, MSN Life Sciences Private Limited has systematic and continuous contacts with Delaware; has established distribution channels for drug products in Delaware; regularly and continuously conducts business in Delaware, including by selling drug products in Delaware, either directly or indirectly through its subsidiaries, agents, or affiliates, including MSN Pharmaceuticals Inc. and Novadoz; has purposefully availed itself of the privilege of doing business in Delaware; and derives substantial revenue from the sale of drug products in Delaware.

15.     On information and belief, MSN Pharmaceuticals Inc. has systematic and continuous contacts with Delaware; has established distribution channels for drug products in Delaware; regularly and continuously conducts business in Delaware, including by selling drug products in Delaware, either directly or indirectly through its subsidiaries, agents, or affiliates, including Novadoz; has purposefully availed itself of the privilege of doing business in Delaware; and derives substantial revenue from the sale of drug products in Delaware.

16.     On information and belief, Novadoz has systematic and continuous contacts with Delaware; has established distribution channels for drug products in Delaware; regularly and continuously conducts business in Delaware, including by selling drug products in Delaware, either directly or indirectly through its subsidiaries, agents, or affiliates, including MSN Pharmaceuticals Inc.; has purposefully availed itself of the privilege of doing business in Delaware; and derives substantial revenue from the sale of drug products in Delaware.

4

17.     MSN Laboratories Private Limited and MSN Pharmaceuticals Inc. have availed themselves of the legal protections of the State of Delaware by, among other things, admitting jurisdiction and asserting counterclaims in lawsuits filed in the United States District Court for the District of Delaware.  *See, e.g.*, *Vanda Pharm. v. MSN Pharm. Inc. et al.*, C.A. No. 19-926 (D. Del.), *Novartis Pharm. Corp. v. Dr. Reddy's Labs., Inc. et al.*, C.A. No. 19-2053 (D. Del.), *Exelixis, Inc. v. MSN Labs. Private Ltd. et al.*, C.A. No. 20-633 (D. Del.).

18.     MSN Laboratories Private Limited and MSN Pharmaceuticals Inc., the entities that submitted ANDA No. 213748, have agreed with Novartis to litigate any patent action(s) concerning ANDA No. 213748 in the District of Delaware, and have agreed, only for the purposes of such action(s), not to challenge personal jurisdiction and venue in the District of Delaware.

## JURISDICTION AND VENUE

19.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

20.     This Court has personal jurisdiction over MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and Novadoz because, on information and belief, each such Defendant has committed or has aided, abetted, contributed to, or participated in the commission of tortious acts of patent infringement, which acts have led to foreseeable harm and injury to Novartis, a Delaware corporation.

21.     This Court has personal jurisdiction over MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and Novadoz, because, on information and belief, each such Defendant, has committed and will further commit or has aided, abetted, contributed to and participated in, and will further aid, abet, contribute to, or

participate in, past and future tortious acts of patent that are or will be purposefully directed at Delaware, including commercial activities for the MSN ANDA Products in Delaware.

22.    This Court also has personal jurisdiction over MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and Novadoz because each such Defendant's affiliations with the State of Delaware, including MSN Pharmaceuticals Inc.'s incorporation in Delaware, Novadoz's actions by itself and in concert with MSN Pharmaceuticals Inc., MSN Laboratories Private Limited's ownership of and actions in concert with MSN Pharmaceuticals Inc. and Novadoz, and MSN Life Sciences Private Limited's actions in concert with MSN Pharmaceuticals Inc. and Novadoz are sufficiently continuous and systematic as to render each such Defendant essentially at home in this forum.

23.    This Court also has personal jurisdiction over MSN Laboratories Private Limited and MSN Pharmaceuticals Inc. because each such Defendant has availed itself of the legal protections of the State of Delaware, by admitting jurisdiction and asserting counterclaims in lawsuits filed in the United States District Court for the District of Delaware.

24.    MSN Laboratories Private Limited and MSN Pharmaceuticals Inc., the entities that submitted ANDA No. 213748, have agreed with Novartis to litigate any patent action(s) in the District of Delaware, and have agreed, only for the purposes of such action(s), not to challenge personal jurisdiction and venue in the District of Delaware.

25.    For these reasons, and for other reasons that will be presented to the Court if jurisdiction is challenged, the Court has personal jurisdiction over MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and Novadoz.

26.     Venue is proper in this Court because MSN Pharmaceuticals Inc. is incorporated in the State of Delaware and therefore resides in this judicial district and because MSN Laboratories Private Limited and MSN Life Sciences Private Limited are foreign entities who may be sued in any judicial district, including Delaware. 28 U.S.C. § 1400(b); 28 U.S.C. §§ 1391(c)(2), 1391(c)(3).

## THE PATENT-IN-SUIT

27.     Novartis is the owner of the '659 patent, titled "Methods of treatment and pharmaceutical composition." The '659 patent was duly and legally issued on January 24, 2012. A true and correct copy of the '659 patent is attached hereto as Exhibit 1.

28.     The '659 patent claims, *inter alia*, a pharmaceutical composition comprising (i) valsartan or a pharmaceutically acceptable salt thereof; (ii) sacubitril or sacubitrilat or a pharmaceutically acceptable salt thereof; and (iii) a pharmaceutically acceptable carrier; wherein (i) and (ii) are administered in combination in about a 1:1 ratio.

29.     The United States Court of Appeals for the Federal Circuit has held and adjudged that the '659 patent is valid.  CAFC Appeal No. 23-2218, D.I. 106, 107.

## INFRINGEMENT OF THE PATENT-IN-SUIT

30.     Novartis incorporates paragraphs 1 – 29 as if fully set forth herein.

31.     The MSN ANDA Products are pharmaceutical compositions comprising (i) a pharmaceutically acceptable salt of valsartan, *i.e.*, valsartan disodium; (ii) a pharmaceutically acceptable salt of sacubitril, *i.e.*, sacubitril sodium; and (iii) a pharmaceutically acceptable carrier; wherein (i) and (ii) are administered in combination in about a 1:1 ratio, as claimed in the '659 patent.

32.     MSN has stipulated that the MSN ANDA Products described in MSN's ANDA No. 213748 infringe the '659 patent.  20-md-2930, D.I. 540 at ¶¶ 1-4.

7

33.    On information and belief, MSN Laboratories Private Limited and MSN Pharmaceuticals Inc., by themselves or in concert with MSN Life Sciences Private Limited, submitted to the FDA ANDA No. 213748 under the provisions of 21 U.S.C. § 355(j) seeking approval to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of the MSN ANDA Products prior to the expiration of the '659 patent.

34.    In July 2024, MSN Laboratories Private Limited manufactured commercial batches of the MSN ANDA Products that meet the specifications in MSN's ANDA No. 213748. *See* 20-md-2930, D.I. 1581, Exhibit A, MSNSV_037789-834; MSNSV_037903-914 (July 2024 finished product certificates of analysis).

35.    On or about August 9, 2024, over 300,000 bottles from those July 2024 batches of the MSN ANDA Products ("the Imported Products") were imported from India into the United States.  *See* 20-md-2930, D.I. 1581, Exhibit B, MSNSV_037788; MSNSV_037835-874; MSNSV_037876-901 (August 9, 2024 commercial invoices and packing lists for the Imported Products), Exhibit C (FDA Import Trade Auxiliary Communications System (ITACS) record confirming importation into the United States of sacubitril/valsartan tablets from India with product code 63FCA99 on August 12-14, 2024 and confirming quantities of Imported Products).

36.    On or between August 12-14, 2024, the Imported Products were delivered to Chicago in the United States.  *See* 20-md-2930, D.I. 1581, Exhibit B (commercial invoices and packing lists naming Chicago as the final destination of the Imported Products); Exhibit C (FDA Import Trade Auxiliary Communications System (ITACS) record confirming importation into the United States of sacubitril/valsartan tablets from India with product code 63FCA99 on August 12-14, 2024); Exhibit D (FDA Imports Entry Data Search (IEDS) record confirming the

same and listing MSN Laboratories Private Limited as the manufacturer of the 63FCA99 tablets).

37.    On the August 9, 2024 commercial invoices and packing lists accompanying the Imported Products, MSN Laboratories Private Limited is listed as the "Exporter." *See* 20-md-2930, D.I. 1581, Exhibit B.

38.    On the August 9, 2024 commercial invoices and packing lists accompanying the Imported Products, Novadoz is listed as the "Consignee" and "Buyer." *See* 20-md-2930, D.I. 1581, Exhibit B.

39.    In August 8 and 9, 2024 letters to the U.S. Department of Agriculture, MSN Laboratories Private Limited described the Imported Products as "consist[ing] of commercial finished pharmaceuticals intended for human use only." *See* 20-md-2930, D.I. 1581, Exhibit E, MSNSV_037875 and MSNSV_037902 (August 8 and 9, 2024 letters from MSN Laboratories Private Limited to the U.S. Department of Agriculture concerning the Imported Products).

40.    On or about December 19, 2024, Defendants imported over 2,200 kilograms of sacubitril/valsartan active pharmaceutical ingredient ("the Imported API") from India into the United States. *See* Exhibit 2 (FDA Import Trade Auxiliary Communications System (ITACS) record confirming importation into the United States of sacubitril/valsartan active pharmaceutical ingredient from India with product code 62ODS12 on December 19, 2024); Exhibit 3 (FDA Imports Entry Data Search (IEDS) record confirming the same and listing MSN Life Sciences Private Limited as the manufacturer of the 62ODS12 active ingredient).

41.    On information and belief, Defendants imported the Imported API to manufacture the MSN ANDA Products.

42.     On information and belief, one or more Defendants retains possession, custody, and control of the Imported Products and the Imported API.

43.     On information and belief, MSN Laboratories Private Limited caused the import of the Imported Products and/or induced Novadoz to import the Imported Products into the United States.

44.     The importation of the Imported Products by MSN Laboratories Private Limited and/or the inducement by MSN Laboratories Private Limited of Novadoz's importation of the Imported Products constitute acts that directly infringe and/or induce infringement of the '659 patent under 35 U.S.C.§§ 271(a) and/or (b), respectively, because the Imported Products are pharmaceutical compositions comprising (i) a pharmaceutically acceptable salt of valsartan, *i.e.*, valsartan disodium; (ii) a pharmaceutically acceptable salt of sacubitril, *i.e.*, sacubitril sodium; and (iii) a pharmaceutically acceptable carrier; wherein (i) and (ii) are administered in combination in about a 1:1 ratio, as claimed in the '659 patent.

45.     On information and belief, Novadoz and/or MSN Pharmaceuticals Inc., in concert with and under the direction of MSN Laboratories Private Limited and/or MSN Life Sciences Private Limited, have offered for sale the Imported Products in the United States, including to third-party purchasers who serve the Delaware market and/or are located in Delaware, and Novadoz and/or MSN Pharmaceuticals Inc. are continuing to do so.  *See* 20-md-2930, D.I. 1605, Exhibit 2 (Novadoz communications with third parties "offering pricing" for the MSN ANDA Products).  Those offers for sale constitute acts that directly infringe the '659 patent under 35 U.S.C.§ 271(a).

46.     On information and belief, one or more Defendants caused the importation into the United States of the Imported API.

47.     The use of the Imported API to manufacture the MSN ANDA Products in the United States constitutes an act of induced infringement under 35 U.S.C. § 271(b) because the MSN ANDA Products directly infringe the '659 patent.  On information and belief, one or more Defendants actively encouraged such direct infringement with the knowledge that the use of the Imported API to manufacture the MSN ANDA Products directly infringes the '659 patent.

48.     The use of the Imported API to manufacture the MSN ANDA Products constitutes an act of contributory infringement under 35 U.S.C. § 271(c) because the Imported API is a material component of the pharmaceutical compositions of the '659 patent, and because one or more Defendants know that (i) the Imported API is especially adapted for use in infringing the '659 patent (*i.e.*, the Imported API is used to manufacture the infringing MSN ANDA Products) and (ii) the Imported API not a staple article or commodity of commerce suitable for substantial non-infringing use.

49.     In sum, MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and/or Novadoz have directly infringed, induced the infringement of, and contributorily infringed one or more claims of the '659 patent under 35 U.S.C. §§ 271(a), 271(b) and 271(c) by engaging in the importation into the United States of the Imported Products and Imported API and by engaging in commercial activities involving the Imported Products and the Imported API, including the offer for sale of the Imported Products and the use of the Imported API to manufacture MSN's ANDA Products with the knowledge that such use infringes the '659 patent.

50.     Novartis has been substantially and irreparably damaged by MSN Laboratories Private Limited's, MSN Life Sciences Private Limited's, MSN Pharmaceuticals Inc.'s, and Novadoz's infringement of the '659 patent.

51.     Novartis is entitled to the relief provided by 35 U.S.C. §§ 271(a), 271(b), 271(c), 283, and 284, including an award of damages for any commercial manufacture, use, sale, offer for sale and/or importation of the Imported Products and/or Imported API, and any act committed by MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and Novadoz with respect to the subject matter claimed in the '659 patent, which act is not within the limited exclusions of 35 U.S.C. § 271(e)(1).

52.     There is a substantial and immediate controversy between Novartis and MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and Novadoz concerning the '659 patent.  Novartis is entitled to judgment under 35 U.S.C. §§ 271(a), 271(b), and 271(c) that MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and Novadoz have infringed, induced infringement, and contributorily infringed one or more claims of the '659 patent.

## PRAYER FOR RELIEF

WHEREFORE, Novartis prays that this Court grant the following relief:

53.     Judgment that Defendants MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and Novadoz have infringed one or more claims of the '659 patent by engaging in the importation into the United States of the Imported Products and/or Imported API and by engaging in other commercial activities involving the Imported Products and/or Imported API prior to the expiration of the '659 patent, inclusive of any extensions and additional periods of exclusivity;

54.     A preliminary and permanent injunction restraining and enjoining Defendants MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, MSN Life Sciences Private Limited, and Novadoz and their officers, agents, attorneys, and employees, and those acting in

privity or concert with them, from engaging in the commercial manufacture, use, sale, or offer for sale in the United States, or importation into the United States, of the MSN ANDA Products (including the Imported Products), and the commercial use, sale, or offer for sale in the United States of the Imported API, prior to the expiration of the '659 patent, inclusive of any extensions and additional periods of exclusivity;

55.     Damages or other monetary relief from Defendants MSN Laboratories Private Limited, MSN Life Sciences Private Limited, MSN Pharmaceuticals Inc., and Novadoz for the direct, induced, and contributory infringement of the '659 patent, together with pre-judgment and post-judgment interest;

56.     Judgment that MSN Laboratories Private Limited's, MSN Life Sciences Private Limited's, MSN Pharmaceuticals Inc.'s, and Novadoz's direct, induced, and contributory infringement of the '659 patent is and has been willful and that the damages awarded be trebled pursuant to 35 U.S.C. § 284;

57.     A declaration that this case is an exceptional case pursuant to 35 U.S.C. § 285 and an award of attorney's fees;

58.     Novartis's costs and expenses in this action together with pre-judgment and post-judgment interest; and

59.     Such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

60.     Pursuant to Federal Rule of Civil Procedure 38(b), Novartis demands a trial by jury on all issues so triable.

Dated:  January 17, 2025

MCCARTER & ENGLISH, LLP

OF COUNSEL:

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
*nkallas@venable.com*
*cschwarz@venable.com*
*cloh@venable.com*
*slflanders@venable.com*
*jlstringham@venable.com*
*skclark@venable.com*
*lfishwick@venable.com*
*gjmanas@venable.com*

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*dsilver@mccarter.com*
*ajoyce@mccarter.com*

*Attorneys for Plaintiff Novartis*
*Pharmaceuticals Corporation*